United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 18, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-30690
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RANDY E RHEN, JR.

Defendant - Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:04-CR-60068-1
--------------------

Before KING, WIENER and DeMOSS, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Randy
E. Rhen, Jr., has moved for leave to withdraw and has filed a
brief in accordance with <u>Anders v. California</u>, 386 U.S. 738
(1967).  Rhen has not filed a response.  Our independent review
of counsel's brief and the record discloses no nonfrivolous
issues for appeal.  Accordingly, counsel's motion for leave to
withdraw is GRANTED, counsel is excused from further
responsibilities herein, and the APPEAL IS DISMISSED.  <u>See</u> 5TH
CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.